STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Derriel Carlton McCorvey
Attorney at Law
P. O. Box 2473
Lafayette La 70502

**REHEARING ACTION: May 7, 2014**

**Docket Number: 13   00541-CA consolidated with 1,029-CA**

**MARCUS MILLER, ET AL.
VERSUS
HAROLD J. THIBEAUX, ET AL.**

**Appealed from Lafayette Parish Case No. C-20112778**

<u>**BEFORE JUDGES**</u>:

   Hon. Billy Howard Ezell
   Hon. J. David Painter
   Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing en banc filed by **Marcus Miller** has this day been

   **DENIED.**

cc: Dawn L. Morris, Counsel for the Appellant
    James R. Sutterfield, Counsel for the Appellee
    Tara E. Clement, Counsel for the Appellant
    Thomas Randolph Juneau, Counsel for the Appellant
    Karen T. Bordelon, Counsel for the Appellant
    James Harvey Domengeaux, Counsel for the Appellee